UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGDALENA GARCIA<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendants. | 24-CV-5173 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 9, 2024, Plaintiff Magdalena Garcia filed this action against Defendant Commissioner of Social Security ("Commissioner") seeking judicial review on the record of a final decision by the Social Security Administration ("SSA"). (*See* ECF 1.) The docket indicates that the SSA's Office of General Counsel was notified of the commencement of this action on July 10, 2024. Accordingly, Defendant was required to file the Electronic Certified Administrative Record ("E-CAR") by September 9, 2024. (*See* ECF 3.). To date, Defendant has neither filed the E-CAR nor requested an extension of time to do so. The time for Defendant to file the E-CAR is extended, sua sponte and nunc pro tunc, to **September 13, 2024**.

DATED:　　September 10, 2024
　　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge