# Skovronsky & Weiser
## Attorneys at Law

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

October 10, 2024

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

> Application granted.
> Date: 10/10/2024
> New York, NY
>
> SO ORDERED
>
> *[signature]*
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   GARCIA v. COMMISSIONER OF SOCIAL SECURITY
      CV-24-5173

Honorable Judge Tarnofsky:

 Pursuant to the Court's scheduling order, plaintiff's motion for judgment on the pleadings is to be filed and served on or before October 10th. As a result of an extraordinary backlog in my office, I will be unable to complete plaintiff's motion in a timely fashion. Accordingly, I am constrained to ask the Court for a 30-day extension, whereby plaintiff's motion will be due on November 8th. Defendant requests 60 days thereafter to respond.

 The Assistant United States Attorney has kindly consented to this request.

 Thank you for Your Honor's attention

Respectfully,

*[signature]*

Harold Skovronsky

HS:bs