

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration  tel: (404) 210-9532*
*Office of the General Counsel*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

**Via CM/ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application granted.
>
> Date: 1/6/2025
> New York, NY
>
> SO ORDERED
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re: *Magdalena Garcia v. Commissioner of Social Security*
    Civil Action No. 1:24-cv-05173-RFT
    Letter Request for Extension of Deadlines

Dear Judge Tarnofsky:

This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this matter. We write to respectfully request an extension of the remaining briefing deadlines in the above-referenced Social Security case.

Pursuant to Plaintiff's extension request and this Court's Order granting the request, the Commissioner's deadline to file a brief is January 6, 2025. The agency is reassessing the Commissioner's litigation position, and due to the recent holidays, the undersigned needs additional time to confer with the agency. Thus, the undersigned requests an extension of 30 days for the Commissioner's brief. The undersigned proposes the following modified and comprehensive schedule:

- Defendant's Brief shall be filed by February 5, 2025; and
- Plaintiff's Reply Brief shall be filed by February 19, 2025.

This is the second request for extension in this case. The undersigned contacted Plaintiff's counsel, Harold Skovronsky, regarding consent via email on January 2, 2025, and via phone on January 3, 2025. The undersigned has not received a response.

We thank the Court for its consideration.

                                                Respectfully submitted,

                                                EDWARD Y. KIM
                                                Acting United States Attorney

BY:   */s/ Avni Gandhi*
        Avni Gandhi
        Special Assistant U.S. Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (404) 210-9532
        Avni.gandhi@ssa.gov

cc:  Harold Skovronsky, Esq. via CM/ECF